BEFORE:  JOAN M. AZRACK                                          DATE: 8/8/2019
UNITED STATES DISTRICT JUDGE                              TIME:  2:00 PM (10 min)

## CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO.  18-cr-328 (JMA)**

**DEFENDANT:  Harris Landgarten**                    **DEF. #:  1**
☒ Present    ☐ Not present    ☐ Custody    ☒ Bail
**DEFENSE COUNSEL:  Peter Brill**
☐ Federal Defender    ☒ CJA    ☐ Retained

**AUSA:  Hiral Mehta**

INTERPRETER:

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Fred Guerino          COURTROOM DEPUTY: LMP

- ☒ Case Called.    ☒ Counsel present for all sides.
- ☐ Initial Appearance and Arraignment held.
- ☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
- ☒ Waiver of speedy trial executed; time excluded from 8/8/2019 through 9/26/2019.
- ☐ Order setting conditions of release and bond entered.
- ☐ Permanent order of detention entered.
- ☐ Temporary order of detention entered.
    - ☐ Detention hearing scheduled for  .
- ☐ Bail hearing held.  Disposition:
- ☒ Next court appearance scheduled on 9/26/2019 at 12:30 PM.

Defendant    ☐ Released on Bond    ☐ Remains in Custody.

OTHER: